IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TROY COULSTON,

        Plaintiff,

vs.

STEVEN GLUNT, ET AL.,

        Defendants.

No. 3:14-cv-00112-KRG-LPL

Judge Gibson

Magistrate Judge Lenihan

*Electronically Filed.*

## ORDER OF COURT

AND NOW, to-wit, this 21st day of April, 2015, WHEREAS, Plaintiff has initiated the present prisoner civil rights action *pro se*; and WHEREAS, Plaintiff has sought the appointment of counsel to assist in the prosecution of his claims; and WHEREAS, Plaintiff has alleged that he has a psychological disability and a mental disorder that affects his ability to represent himself *pro se*; and WHEREAS the Court has represented that it is in need of access to Plaintiff's mental health records in order to properly review Plaintiff's motion for appointment of counsel, see, e.g., Powell v. Symons, 680 F.3d 301 (3d Cir. 2012); IT IS HEREBY ORDERED that the Medical Records Department at the State Correctional Institution at Houtzdale is directed to provide the Court with Plaintiff's medical and psychiatric records for the past three years for *in camera* inspection by the Court, without cost or charge to Plaintiff.

Counsel for the Corrections Defendants are directed to assist as needed in the transmittal of the foregoing mental health records to the Court, including the facilitation of Plaintiff's execution of a consent form authorizing the release of Plaintiff's medical and psychiatric records.

BY THE COURT:

_____
Lisa Pupo Lenihan,
Magistrate Judge