IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY COULSTON, | ) | Civil Action No. 14 – 112 |
| Plaintiff, | ) | |
| v. | ) | District Judge Kim R. Gibson |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| STEVEN GLUNT, *et al.*, | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

Pending before the Court is Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 55) and the United States Magistrate Judge's Report and Recommendation (ECF No. 66) recommending that the motion be denied. Plaintiff was given until October 13, 2015 to file written objections to the Magistrate Judge's Report and Recommendation, but as of today no objections have been filed.

Therefore, upon an independent review of the record and consideration of the Magistrate Judge's Report and Recommendation, the following Order is entered:

AND NOW, this **23rd** day of October, 2015.

**IT IS HEREBY ORDERED** that the United States Magistrate Judge's Report and Recommendation (ECF No. 66) is adopted as the Opinion of this Court and Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (ECF No. 55) is **DENIED**.

Kim R. Gibson
United States District Judge

1

cc: Troy Coulston
BK-3534
SCI Houtzdale
P.O. Box 1000
Houtzdale, PA 16698